**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**CHRISTOPHER REED SANDLIN,**                                               **PLAINTIFF**
**ADC # 136830**

**V.**                                            **2:10CV00068 WRW**

**MARY ANN WILKERSON,** *et al.*                                         **DEFENDANTS**

**ORDER**

     In his Motion to Dismiss (Doc. No. 7), Plaintiff concedes that his complaint is without merit and is frivolous!!! And must be dismissed . . . ."[1]  Accordingly, the Motion to Dismiss is GRANTED, and this case is DISMISSED.  Plaintiff's other Motion to Dismiss (Doc. No. 6) is MOOT.

     IT IS SO ORDERED this 3rd day of June, 2010.

                              /s/ Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 7 (emphasis in original).